IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00230-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANA VERONICA GARCIA,

        Defendant.

## ORDER APPROVING INTERNATIONAL TRAVEL

        This matter is before the Court upon report of the probation officer that the defendant is currently in full compliance with the terms of her supervised release and that she is requesting permission to visit her family in Tepic Nayarit, Mexico, from May 28, 2015 to June 5, 2015.  Accordingly, it is

        **ORDERED** that the defendant's request for international travel is approved.

DATED May 27, 2015.

                          BY THE COURT:

                          s/Philip A. Brimmer
                          PHILIP A. BRIMMER
                          United States District Judge